*E-filed 4/24/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED YOUNG, et al. | Case No. C07-80103MISC JW HRL |
| Plaintiffs, | [S.D. Cal. Case No. 06 CV 1667 L (AJB)] |
| v. | **ORDER DIRECTING CLERK TO CLOSE FILE** |
| ACTIONS SEMICONDUCTOR CO. LTD, et al., | |
| Defendants. | |

Plaintiffs have withdrawn their motion to enforce a subpoena against third-party MIPS Technologies, Inc. This case is therefore terminated and the clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 4/24/07

HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

William James Caldarelli wjc@mazzcal.com, ecurry@mazzcal.com

Philip E. Cook pcook@jonesday.com,

Kathleen P Wallace kpwallace@jonesday.com

John Seiichi Sasaki
Jones Day
555 S Flower St 50FL
Los Angeles, CA 90071

Susan Muck
Fenwich & West, LLP
555 California Street, 12th Floor
San Francisco, CA 94101

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/24/07

       /s/  JMM
Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California